FILED
2013 Oct 22 AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2013 Oct 02 AM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SEAN MACK ) | |
| ) | |
| vs. ) | Case No. 5:13-cv-08023-LSC-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

## MEMORANDUM OPINION

On August 19, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the report and recommendation have been filed by petitioner or the Government.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence be granted solely as to petitioner's sentence, that his sentence be vacated, and that petitioner be resentenced in accordance with the Fair Sentencing Act.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 2nd day of October 2013.

*[signature]*

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

[160704]